# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**296**
**CA 10-01693**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND GREEN, JJ.

---

JOANN RIPKA, PLAINTIFF-APPELLANT,

               V                                 ORDER

ROBBIE RIPKA, DEFENDANT-RESPONDENT.

---

HANCOCK & ESTABROOK, LLP, SYRACUSE (ALAN J. PIERCE OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MACHT, BRENIZER & GINGOLD, P.C., SYRACUSE (JON W. BRENIZER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------

    Appeal from an amended judgment of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered October 26, 2009 in a divorce action. The amended judgment amended the equitable distribution of the marital assets of the parties.

    It is hereby ORDERED that the amended judgment so appealed from is unanimously affirmed without costs.

Entered: March 25, 2011                    Patricia L. Morgan
                                            Clerk of the Court